**E-Filed 7/28/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JADELYNN PETTYPLACE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY COUNTY BANK, et al.,<br><br>Defendants. | Case Number C 06-02139 JF (HRL)<br><br>ORDER[1] DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING STAY OF ACTION AND IMMEDIATE SETTLEMENT CONFERENCE<br><br>[re: docket no. 7] |

On March 22, 2006, Plaintiff Jadelynn Pettyplace filed a complaint, on behalf of herself and all others similarly situated, against Defendants Monterey County Bank and Genesis Financial Solutions, Inc. alleging violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq*. On July 13, 2006, Defendants moved for administrative relief seeking a stay of the instant action and a settlement conference before the Court. Plaintiff opposes the motion.

Defendants argue that they have attempted to settle this action, but that Plaintiff refuses to

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-02139 JF (HRL)
ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING STAY OF ACTION AND IMMEDIATE SETTLEMENT CONFERENCE
(JFLC1)

1 engage in reasonable settlement negotiations.  Defendants cite no legal authority, nor is the Court
2 aware of any legal authority, that would support their proposition that the Court may stay an
3 action where parties have not engaged in settlement negotiations.  The Court notes, however, that
4 the Court's local rules require the parties and their attorneys to take certain actions and make
5 certain certifications concerning alternative dispute resolution.  *See* Alternative Dispute
6 Resolution Local Rules.  The Court routinely considers the issue of compliance with these rules
7 as part of the case management conference.  The parties and counsel are reminded that the last
8 day for them to meet and confer with respect to alternative dispute resolution process selection
9 and to file joint alternative dispute resolution certification is September 29, 2006.

      With the understanding and expectation that the parties and counsel will comply with this Court's local rules, Defendants' motion will be denied.  The Court will consider the need for any remedial action at the case management conference on October 20, 2006 at 10:30 a.m.

      IT IS SO ORDERED.

DATED: July 28, 2006

                                    JEREMY FOGEL
                                    United States District Judge

Case No. C 06-02139 JF (HRL)
ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING STAY OF ACTION
AND IMMEDIATE SETTLEMENT CONFERENCE
(JFLC1)

1  This Order has been served upon the following persons:

2  William E. Kennedy          wkennedy@pacbell.net, mpq@kennedyconsumerlaw.com

3  Tomio B. Narita             tnarita@wsnlaw.com,

4  Jeffrey A. Topor            jtopor@wsnlaw.com,

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-02139 JF (HRL)
ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING STAY OF ACTION AND IMMEDIATE SETTLEMENT CONFERENCE
(JFLC1)