\*\*E-filed 3/20/07\*\*

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:  (415) 352-2222
   tnarita@wsnlaw.com
5  jtopor@wsnlaw.com

6  Attorneys for Defendants
   Genesis Financial Solutions, Inc.
7  and Monterey County Bank

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 Plaintiff JADELYNN PETTYPLACE    )  CASE NO.: C 06 02139 JF HRL
13 on behalf of herself, all others )
   similarly situated,              )
14                                  )
           Plaintiff,               )  **STIPULATION AND [PROPOSED]**
15                                  )  **ORDER CONTINUING CASE**
       vs.                          )  **MANAGEMENT CONFERENCE**
16                                  )
   MONTEREY COUNTY BANK and         )
17 GENESIS FINANCIAL                )
   SOLUTIONS, INC.;                 )
18                                  )
           Defendants.              )
19                                  )
                                    )
20

1  WHEREAS a further Case Management Conference has been set in this
2  case for 10:30 a.m. on April 20, 2007; and
3  WHEREAS, the parties recently reached a confidential settlement of this
4  matter, but they need approximately 120 days to implement the terms of the
5  settlement before they request that the action be dismissed by the Court;
6  The parties have agreed by and through their counsel to request a
7  continuance of the Case Management Conference to August 3, 2007 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: March 19, 2007          WINEBERG, SIMMONDS & NARITA, LLP
                                TOMIO B. NARITA
                                JEFFREY A. TOPOR

                                By: _____
                                     Tomio B. Narita
                                     Attorneys for Defendants
                                     Genesis Financial Solutions, Inc.
                                     and Monterey County Bank

DATED: March 19, 2007          LAW OFFICES OF WILLIAM E. KENNEDY
                                WILLIAM E. KENNEDY

                                By: _____
                                     William E. Kennedy
                                     Attorney for Plaintiff
                                     Jadelynn Pettyplace

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Pursuant to stipulation of the parties and good cause appearing, it is hereby ORDERED that:

1) The Case Management Conference set for April 20, 2007 at 10:30 a.m. is hereby VACATED; and

2) The Case Management Conference is reset for August 3, 2007 at 10:30 a.m.

IT IS SO ORDERED.

Dated: __3/20____, 2007

By:_____
HON. JUDGE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

---

PETTYPLACE V. GENESIS FINANCIAL SOLUTIONS (CASE NO. C 06 02139 JF HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    3.